# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| IN THE MATTER OF: TRUST UNDER AGREEMENT OF TRUST OF ATTA MARIE KNORR, DECEASED, DATED DECEMBER 7, 2011 | : No. 554 MAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court |
| PETITION OF: JAMES W. KNORR | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.